UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vincel King Chambers
_____

Write the full name of each plaintiff.

____CV_____

(Include case number if one has been assigned)

-against-

Sean "P-Diddy" Combs
Sean Combs
_____

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



RECEIVED APR 15 2025 PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

**B. If you checked Diversity of Citizenship**

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Vincel King Chambers__ is a citizen of the State of
(Plaintiff's name)

__Missouri__

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, <u>Sean "P-Diddy" Combs</u>, is a citizen of the State of
(Defendant's name)

<u>New York</u>

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

<u>Vincel</u>          <u>K</u>          <u>Chambers</u>
First Name        Middle Initial        Last Name

<u>100 S. Central Ave</u>
Street Address

<u>Clayton</u>                <u>MO</u>              <u>63105</u>
County, City                State              Zip Code

<u>314-</u>                      _____
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: Sean "P-Diddy"  Last Name: Combs
Current Job Title (or other identifying information): 37452-054 MDC Brooklyn
Current Work Address (or other address where defendant may be served): Metropolitan Detention Center 80 29th street
County, City: Brooklyn   State: NY   Zip Code: 11232

Defendant 2:
First Name:   Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:   State:   Zip Code:

Defendant 3:
First Name:   Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:   State:   Zip Code:

Defendant 4:

_____  _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____  _____  _____
County, City                  State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, NY @ unknown hotel

Date(s) of occurrence: Around summer of 2007

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I met Sean Combs in 2007 when I was 15 while visting my Aunt and Cousin in Brooklyn, NY. Him and another kid that looked to be around my age. Combs took us to a hotel. He offered us alcoholic drinks (containing what I now believe to be date rape drugs that diminished my faculties) My body started to feel strange. I remeber Combs taking my clothes off then started to sexual assoult/Rape me. I remeber feeling lightheaded and passing out wakeing up naked and in pain. I was scared and in a state of shock. He told me I better not tell anyone about this and if I did

Page 5

he as the power and money to make me disappear. He then droped me off at a park. Combs acted in reckless disregard of my age and sayso over my own body. Sean "P-Diddy" Combs unlawfull activities took unfair advantage of me while I was druged.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

mental and emotional injury Physical pain and suffering, serious psychological damage. I now take meds to treat Schizophrenia, Major Depressive Disorder, Suicidal & Paranoid Ideations Nightmares and PTSD, Bipolar caused By this Sexual Assault/Rape.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Written Apology from Sean "P-Diddy" Combs Award Compensatory & Punitive damages in the following amount of $5,250,000 aginst defendent Combs for serious physical & Psychological damages sustained as a result of Sexual Assault/Rape. Award such other relif as it may appear I'm entitled.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/8/25

Plaintiff's Signature: [signature]

First Name: Vincel
Middle Initial: K
Last Name: Chambers

Street Address: 100 S. Central Ave.

County, City: Clayton
State: MO
Zip Code: 63105

Telephone Number: 

Email Address (if available): 

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

4/8/25

Pro Se Intake Unit can you PLEASE send me a copy of this Complaint.

My current institution would not due to this document not being for my current legal matter I'm incarcerated for.

Thanks

/s/ [signature]

Vincel King Chambers
100 S. Central Ave
Clayton, MO 63105

Vineeth K Chardubotti
100 S. Central Ave
Clayton, MO 63105

RECEIVED
PRO SE OFFICE
APR 15 2025
USDM
SDNY

Confidential
Legal Mail

United States District Court
Southern District of New York
Pro Se Intake Unit Room 120
500 Pearl Street
New York, NY 10007-1312